Opal Frances HARRY, Appellant,

v.

The STATE of Texas, Appellee.

No. 28854.

Court of Criminal Appeals of Texas.

Feb. 27, 1957.

Cecil Edward WELLS, Appellant,

v.

The STATE of Texas, Appellee.

No. 28857.

Court of Criminal Appeals of Texas.

Feb. 27, 1957.

Harris E. Lofthus, Amarillo, for appellant.

Lon Moser, County Attorney, Amarillo, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $50.

As required by Article 827, Vernon's Ann C.C.P., the record does not reflect that a notice of appeal was given and entered of record. In the absence thereof, this Court has no jurisdiction to entertain the appeal.

The appeal is dismissed.

No attorney for appellant of record on appeal.

Henry Wade, Dist. Atty., George P. Blackburn, Asst. Dist. Atty., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $125.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.